**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
                                  (State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Manning Land Company, LLC, a California Limited Liability Company

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   9 5 – 4 8 9 0 1 4 6

4. **Debtor's address**

   **Principal place of business**

   9531 Beverly Road
   Number    Street

   _____

   Pico Rivera              CA      90660
   City                     State   ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City        State    ZIP Code

5. **Debtor's website** (URL)   N/A

Debtor  Manning Land Company, LLC, a California Limited Liability Company    Case number (*if known*)_____
　　　　　Name

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
| --- | --- | --- |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | 3  1  1  6 |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| --- | --- | --- |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check all that apply:* |
| | | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
| --- | --- | --- |
| | | ☐ Yes.  District _____ When _____ Case number _____ |
| | | 　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| | | 　　　　District _____ When _____ Case number _____ |
| | | 　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |

Debtor  Manning Land Company, LLC, a California Limited Liability Company        Case number (if known)_____
         Name

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor   SEE ATTACHED                  Relationship _____<br>        District _____   When  _____<br>                                                        MM / DD / YYYY<br>        Case number, if known _____ | |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number       Street
                          _____
                          _____    ____  _____
                          City                              State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
         Contact name   _____
         Phone          _____

---

| **Statistical and administrative information** |
|---|

**13.** **Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor  Manning Land Company, LLC, a California Limited Liability Company    Case number (if known) _____
         Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/22/2024
              MM / DD / YYYY

X /s/ [signature]                                         Salvatore Anthony DiMaria
Signature of authorized representative of debtor          Printed name

Title  Managing Member

**18. Signature of attorney**

X /s/ Leonard M. Shulman                        Date  8/22/2024
Signature of attorney for debtor                      MM / DD / YYYY

Leonard M. Shulman
Printed name
Shulman Bastian Friedman & Bui LLP
Firm name
100 Spectrum Center Drive, Suite 600
Number   Street
Irvine                                          CA        92618
City                                            State     ZIP Code
(949) 340-3400                                  LShulman@shulmanbastian.com
Contact phone                                   Email address

126349                                          CA
Bar number                                      State

<u>Attachment to Petition</u>
Pending Bankruptcy Cases Filed by
Manning Land Company, LLC, a California Limited Liability Company ("<u>Debtor</u>") and Affiliates
of the Debtor

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>"), filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the Central District of California. The Debtors are moving for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Manning Land Company, LLC.

1. Manning Land Company, LLC, a California Limited Liability Company
   Relationship to the Debtor:  N/A

2. Manning's Beef, LLC, a California Limited Liability Company
   Relationship to the Debtor:  Anthony Salvatore DiMaria is the Managing Member of Manning's Beef, LLC and holds a 100% ownership interest in the company.

3. ADD Enterprises, Inc., a Delaware Corporation, dba Anthony's Meats in California
   Relationship to the Debtor:  Anthony Salvatore DiMaria is the Secretary of ADD Enterprises, Inc. and holds a 100% ownership interest in the corporation.

4. Charlie DiMaria & Son Inc., a California Corporation
   Relationship to the Debtor:  Anthony Salvatore DiMaria is the President and Secretary of Charlie DiMaria & Son Inc. and holds a 100% ownership interest in the corporation.

5. RNCK, Inc., a New York Corporation
   Relationship to the Debtor:  Anthony Salvatore DiMaria is the Secretary of RNCK, Inc. and holds a 100% ownership interest in the corporation.

6. Anthony Salvatore DiMaria dba DiMaria Cattle
   Relationship to the Debtor:  Managing Member of Manning Land Company, LLC and holds a 100% ownership interest in the company.

**Fill in this information to identify the case:**

Debtor name: Manning Land Company, LLC

United States Bankruptcy Court for the: Central District of CA (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Producers Livestock Marketing<br>P.O. Box 105<br>Salina, UT 84654 | Attn: Rick Obrien<br>Telephone: 801-652-5538<br>Email: | Trade debt | | $9,518,258.19 | $8,233,618.65 | $1,284,639.54 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

Debtor   Manning Land Company, LLC
         Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - Bar No. 126349<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California  92618<br>Telephone:  (949) 340-3400<br>Facsimile:  (949) 340-3000<br>Email: LShulman@shulmanbastian.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MANNING LAND COMPANY, LLC,<br>a California Limited Liability Company,<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ̶X̶ 2 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 08/22/2024

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 08/22/2024

/s/ Leonard M. Shulman
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                                            F 1007-1.MAILING.LIST.VERIFICATION

Bank of America
Attn:  Attn President
Bank of America Corporate Center
100 N Tyron St
Charlotte, NC 28255

Bank of America
c/o Registered Agent
Attn:  The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Colony Capital
Attn:  Jamal Dawood
8235 Monica Blvd
Los Angeles, CA 90046

East West Bank
Attn:  Frank Chan
135 N Los Robles Ave
Pasadena, CA 91101

Jimmy Nuckles
Attn:  Phillip Wing
7979 Ivanhow Ave Ste 200
La Jolla, CA 92037

Linkun Investment, Inc.
Attn:  Attn President
105 Balance
Irvine, CA 92618

Linkun Investment, Inc.
Attn:  c/o Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071

Miles Grant, Esq.
Phillip A. Zunshine, Esq.
Grant & Kessler, APC
1331 India Street
San Diego, CA  92101


North Mill Credit Trust
Attn:  Attn President
81 Throckmorton Ave Ste 203
Mill Valley, CA 94941


Producers Livestock Marketing
Attn:  Rick Obrien
P.O. Box 105
Salina, UT 84654


Severson & Werson
Attn:  Lisamarie McDermott
19100 Von Karman Ave Ste 700
Irvine, CA 92612