Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
Max Casal – Bar No. 342716
Brooke S. Thompson – Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:   (949) 340-3000
Email:           lshulman@shulmanbastian.com
                     rodea@shulmanbastian.com
                     mcasal@shulmanbastian.com
                     bthompson@shulmanbastian.com

Proposed Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**MANNING LAND COMPANY, LLC, a California Limited Liability Company,**<br><br>Debtor. | **Lead Case:  2:24-bk-16757-VZ**<br>Chapter 11<br><br>Jointly Administered with:<br><br>Case No.:  2:24-bk-16758-VZ<br>Case No.:  2:24-bk-16759-VZ<br>Case No.:  2:24-bk-16760-VZ<br>Case No.:  2:24-bk-16761-VZ<br>Case No.:  2:24-bk-16762-VZ<br><br>**AMENDMENT TO DEBTORS' APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ROXBOROUGH POMERANCE NYE & ADREANI, LLP AS DEBTORS' SPECIAL LITIGATION COUNSEL**<br><br>[No Hearing Set] |
| In re:<br><br>**MANNING'S BEEF, LLC, a California Limited Liability Company** | |
| In re:<br><br>**ADD ENTERPRISES, INC., a Delaware Corporation** | |

| | |
|---|---|
| In re:<br><br>**CHARLIE DiMARIA & SON INC.**, a California Corporation | |
| In re:<br><br>**RNCK, INC.**, a New York Corporation | |
| In re:<br><br>**SALVATORE ANTHONY DIMARIA,**<br>aka Salvatore A. DiMaria,<br>aka Salvatore DiMaria,<br>dba DiMaria Cattle | |
| ☒ Affects: All Debtors<br>☐ Affects: Manning Land Company, LLC<br>☐ Affects: Manning's Beef, LLC<br>☐ Affects: ADD Enterprises, Inc.<br>☐ Affects: Charlie DiMaria & Son Inc.<br>☐ Affects: RNCK, Inc.<br>☐ Affects: Salvatore Anthony DiMaria, aka Salvatore DiMaria, aka Salvatore DiMaria, dba DiMaria Cattle | |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

The above-captioned debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors"), hereby amend their *Application for Order Authorizing Employment of Roxborough Pomerance Nye & Adreani, LLP* ("Special Counsel") *as Debtors' Special Litigation Counsel* filed with this Court on September 23, 2024 ("Application") [Docket No. 36], to address issues/concerns raised by the Office of the United States Trustee ("OUST") concerning the requested monthly fee procedures.

By the Application, Special Counsel requested, in part, authorization to obtain monthly payment of its accruing fees and expenses in these cases pursuant to the Professional Fee Statement procedures set forth in the Application.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

The OUST has reached out to Debtors' general counsel, stating that the OUST cannot agree to the Professional Fee Statement procedures and requesting that the Application be amended to provide that payment be made to Special Counsel only upon appropriate application and hearing in conformity with Bankruptcy Code Sections 330 and 331.

Accordingly, by this amendment, Special Counsel agrees to not obtain approval of its fees and expenses on a monthly basis.

Approximately every four (4) months, Special Counsel will file an application with the Court seeking allowance and payment of its fees and costs incurred to that date. It is worth noting that the Debtors anticipate emerging from Chapter 11 within the next 120 days thus, mooting out the need for any interim seeking of fees. At the conclusion of these cases, Special Counsel will file an appropriate application seeking final allowance of all fees and costs, regardless of whether interim compensation has been paid to Special Counsel. Upon allowance of such fees and costs, the Debtors will pay to Special Counsel the difference between the amounts allowed and any interim compensation paid to Special Counsel.

Special Counsel will render services to the Debtors at Special Counsel's regular hourly rates, which may be subject to adjustment from time to time, plus expenses. Special Counsel understands the provisions of Bankruptcy Code Sections 327, 330 and 331 which require, among other things that its compensation in these cases is subject to approval of Special Counsel's employment in these cases and Court approval of all fees and reimbursement of expenses that Special Counsel will receive from the estates. Special Counsel has agreed to be employed and compensated subject to the provisions of Bankruptcy Code Section 330. In conformity with Sections 330 and 331 of the Bankruptcy Code, Special Counsel intends to file applications for allowance of fees and reimbursement of expenses advanced as and when appropriate and the only source of payment will be from property of the estates as authorized by the Court.

Special Counsel understands that any compensation to be received hereafter by Special Counsel is subject to approval by the Court, upon appropriate application and hearing in conformity with Bankruptcy Code Sections 330 and 331. Accordingly, no portion of the funds paid to Special Counsel pursuant to the payment procedures described herein will be deemed to

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

have been allowed by the Court unless and until such time as the Court enters an order expressly allowing such fees and costs in accordance with the requirements of Bankruptcy Code Sections 330 and 331.

                    Respectfully submitted,

Dated:  October 1, 2024      **SHULMAN BASTIAN FRIEDMAN & BUI LLP**

*/s/ Leonard M. Shulman*
_____
Leonard M. Shulman
Ryan D. O'Dea
Max Casal
Brooke S. Thompson
Proposed Attorneys for the Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **AMENDMENT TO DEBTORS' APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ROXBOROUGH POMERANCE NYE & ADREANI, LLP AS DEBTORS' SPECIAL LITIGATION COUNSEL**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 1, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jonathan Arias**    jarias@zwickerpc.com

- **Max Casal**    mcasal@shulmanbastian.com, avernon@shulmanbastian.com

- **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com

- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

- **Miles D Grant**    miles@grantandkessler.com

- **Alexander J Kessler**    aj@grantandkessler.com, miles@grantlawyers.com

- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov

- **Thomas G Mouzes**    tmouzes@boutinjones.com, cdomingo@boutinjones.com

- **Leonard M Shulman**    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com

- **Brooke S Thompson**    bthompson@shulmanbastian.com, avernon@shulmanbastian.com;cthornton@shulmanbastian.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com

- **Phillip Zunshine**    phillip@grantandkessler.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 1, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2024 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY UNITED STATES MAIL:**

**Debtors**
Manning Land Company, LLC,
Manning's Beef, LLC
ADD Enterprises, Inc., Charlie
DiMaria & Son Inc.
RNCK, Inc. and Salvatore Anthony DiMaria
Attn Salvatore Anthony DiMaria
9531 Beverly Road
Pico Rivera, CA  90660
Attn:

**NEF - Interested Party**
United States Trustee
Attn:
915 Wilshire Blvd Ste 1850
Los Angeles, CA  90017

**NEF on behalf of Producers Livestock Marketing Assoc.**
Gerrick M. Warrington, Esq.
Frandzel Robins Bloom & Csato, L.C.
Attn:
1000 Wilshire Blvd 19th Fl
Los Angeles, CA  90017-2427

**NEF on behalf of Producers Livestock Marketing Assoc.**
Michael J. Gomez, Esq.
Frandzel Robins Bloom & Csato, L.C.
Attn:
1000 Wilshire Blvd 19th Fl
Los Angeles, CA  90017-2427

**NEF/RFSN - Collection Attorney for Linkun Investment, Inc.**
Alexander J. Kessler, Esq.
Grant & Kessler, APC
Attn:
1331 India Street
San Diego, CA  92101

**Schedule D**
Agdirect
Attn:  President
PO BOX 2409
Omaha, NE  68103

**Schedule D**
Colony Capital
Attn:  Jamal Dawood
8235 Monica Blvd
Los Angeles, CA  90046

**Schedule D**
Crown Equipment Corporation
Attn:  President
44 S Washington St
New Bremen, OH  45869

**Schedule D**
East West Bank
Attn:  Frank Chan
135 N Los Robles Ave
Pasadena, CA  91101

**Schedule D**
Grasshopper Bank
Attn:  Jim Velez
915 Broadway Floor 7
New York, NY  10010

**Schedule D**
Jimmy Nuckles
Attn:  Phillip Wing
7979 Ivanhow Ave Ste 200
La Jolla, CA  92037

**Schedule D**
John Deere Financial
Attn:  President
PO BOX 6600
Johnston, IA  50131

**Schedule D**
Lineage Logistics-Vernon
Attn:  President/Manager
PO Box 734938
Dallas, TX  75373

**Schedule D**
Linkun Investment, Inc.
Attn:  Attn President
105 Balance
Irvine, CA  92618

**Schedule D/Additional Notice**
Linkun Investment, Inc.
Attn:  c/o Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA  90071

**NEF/RFSN - Collection Attorney for Linkun Investment, Inc.**
Miles Grant, Esq.
Phillip A. Zunshine, Esq.
Attn:  Grant & Kessler, APC
1331 India Street
San Diego, CA  92101

**Schedule D/Notice Purposes**
North Mill Credit Trust
Attn:  Attn President
81 Throckmorton Ave Ste 203
Mill Valley, CA  94941

**Schedule D**
O&S Cattle
Attn:  Harold Stewart
14815 Energy Way
Apple Valley, MN  55124

| | | |
|---|---|---|
| **Schedule D/20 Largest Unsecured Creditor**<br>Producers Livestock Marketing<br>Attn: Rick Obrien<br>P.O. Box 105<br>Salina, UT  84654 | **Additional Notice**<br>Producers Livestock Marketing Association<br>Attn:<br>PO Box 540477<br>North Salt Lake City, UT  84054 | **Schedule E/Notice Purposes**<br>California Dept of Tax and Fee Admin<br>Attn: Special Ops, MIC: 55<br>PO Box 942879<br>Sacramento, CA  94279-0055 |
| **Schedule E/Notice Purposes**<br>Employment Develop Dept<br>Attn: Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA  94280 | **Schedule E/Notice Purposes**<br>Franchise Tax Board<br>Attn: Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA  95812 | **Notice Purposes**<br>Internal Revenue Service<br>Attn:<br>PO Box 7346<br>Philadelphia, PA  19101 |
| **Notice Purposes**<br>LA County Tax Collector<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA  90051 | **Notice Purposes**<br>Los Angeles City Clerk<br>Attn:<br>PO Box 53200<br>Los Angeles, CA  90053 | **Notice Purposes**<br>Securities & Exchange Commission<br>Attn:<br>444 S Flower St Ste 900<br>Los Angeles, CA  90071 |
| **Schedule F**<br>A&Q Forklift Service<br>Attn: President/Manager<br>14527 Elmcroft Ave<br>Norwalk, CA  90650 | **Schedule F**<br>A&T Pallets, Inc<br>Attn: President/Manager<br>1512 Date St<br>Montebello, CA  90640 | **20 Largest Unsecured Creditor**<br>ABF Packing<br>Attn: President/Manager<br>8758 S Hwy 377<br>Dublin, TX  76447 |
| **Schedule F**<br>ACJJM LLC<br>Attn: President/Manager<br>2012 S Electric Ave<br>Alhambra, CA  91803 | **Schedule F**<br>Affordable Plastics & Packaging<br>Attn: President/Manager<br>739 E Francis St<br>Ontario, CA  91761 | **Schedule F**<br>Alpine Pallet Solutions<br>Attn: President/Manager<br>1310 Exposition Blvd<br>Los Angeles, CA  90018 |
| **Schedule F**<br>Amazon Capital Services<br>Attn: President/Manager<br>PO Box 035184<br>Seattle, WA  98124-5184 | **Schedule F**<br>American Logistics Group<br>Attn: President/Manager<br>PO Box 28685<br>New York, NY  10087 | **Schedule F**<br>American Scale Co. Inc.<br>Attn: President/Manager<br>PO Box 158<br>San Dimas, CA  91773 |
| **Schedule F**<br>American Standard Adhesives<br>Attn: President/Manager<br>5061 Brooks St Ste B<br>Monclair, CA  91763 | **20 Largest Unsecured Creditor**<br>Ameristaff Inc<br>Attn: Brandon<br>PO Box 742890<br>Atlanta, GA  30374-2890 | **Schedule F**<br>AMZ Packaging Inc.<br>Attn: President/Manager<br>PO Box 58172<br>Vernon, CA  90058 |
| **20 Largest Unsecured Creditor**<br>Ardent Law Group<br>Attn: President/Manager<br>4340 Von Karman Ave<br>Newport Beach, CA  92660 | **Schedule F**<br>Associated Environmental Mgmt<br>Attn: President/Manager<br>812 Fremont Ave Ste 100<br>South Pasadena, CA  91030 | **20 Largest Unsecured Creditor**<br>Atkinson, Anderson, Loya, Ruud & Romo<br>Attn: President/Manager<br>12800 Center Court Dr Ste 300<br>Cerritos, CA  90703 |

| | | |
|---|---|---|
| **Additional notice for Torrington Livestock**<br>Auction Insurance Agency<br>Attn:  Lance Derrick<br>2200 Woodcrest Pl Ste 200<br>Birmingham, AL  35209 | **Interested Party**<br>Bank of America<br>Attn:<br>Bank of America Corporate Center<br>100 N Tyron St<br>Charlotte, NC  28255 | **Interested Party**<br>Bank of America<br>c/o Registered Agent<br>Attn:  The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE  19801 |
| **20 Largest Unsecured Creditor**<br>Beyer Livestock Auction<br>Attn:  Jeff Beyer<br>950 County Road G<br>Clovis, NM  88101 | **20 Largest Unsecured Creditor**<br>Bradshaw Livestock<br>Attn:  Jeff Smith<br>HC 74 Box 5114<br>Adamsville, UT  84731 | **Schedule F**<br>Bunzl Processor Division<br>Attn:  President/Manager<br>12240 Collections Center Drive<br>Chicago, IL  60693 |
| **20 Largest Unsecured Creditor**<br>Butcher's Pride Meat Group<br>Attn:  President/Manager<br>8524 La Sierra Ave<br>Whittier, CA  90605 | **Schedule F**<br>C & O Mfg. Co., Inc.<br>Attn:  President/Manager<br>9640 Beverly Rd<br>Pico Rivera, CA  90660 | **Schedule F**<br>C.C.I. a Chemical Corporation<br>Attn:  President/Manager<br>3540 East 26th St<br>Vernon, CA  90058 |
| **Schedule F**<br>California Beef Council<br>Attn:  President/Manager<br>PO Box 2278<br>Rocklin, CA  95677-2278 | **Schedule F**<br>California Gate and Entry Systems<br>Attn:  President/Manager<br>1470 Hundley Street<br>Anaheim, CA  92806 | **20 Largest Unsecured Creditor**<br>Caruso Trucking<br>Attn:  President/Manager<br>PO Box 671<br>Richfield, UT  84701 |
| **20 Largest Unsecured Creditor**<br>Center Valley Logistics Inc.<br>Attn:  President/Manager<br>PO Box 42106<br>Bakersfield, CA  93384 | **Schedule F**<br>Certified Angus Beef LLC<br>Attn:  President/Manager<br>206 Riffel Road<br>Wooster, OH  44691-8588 | **Schedule F**<br>Charles Pedregon<br>Attn:  c/o James J. Orland, Esq./Kelsey L. Thwaits<br>2155 Campus Drive, Suite 140<br>El Segundo, CA  90245 |
| **20 Largest Unsecured Creditor**<br>CJ Data Com Inc.<br>Attn:  President/Manager<br>8504 Firestone Blvd #430<br>Downey, CA  90241 | **Schedule F**<br>Compressor Parts & Repair<br>Attn:  President/Manager<br>1501 North Peck Road<br>So. El Monte, CA  91733 | **Schedule F**<br>Consolidated Design West<br>Attn:  President/Manager<br>PO Box 25549<br>Anaheim, CA  92825 |
| **20 Largest Unsecured Creditor**<br>Cowley Feedlot<br>Attn:  Jeremy Cowley<br>546 North Venice Main Street<br>Venice, UT  84701 | **Schedule F**<br>Crown Lift Trucks<br>Attn:  President/Manager<br>PO Box 641173<br>Cincinatti, OH  45264-1173 | **20 Largest Unsecured Creditor**<br>Cryovac, Inc.<br>Attn:  President/Manager<br>26081 Network Place<br>Chicago, IL  60673-1260 |
| **Schedule F**<br>DB Sales & Service<br>Attn:  President/Manager<br>11582 Markon Drive<br>Garden Grove, CA  92841 | **Schedule F**<br>DJ Hauling, Inc.<br>Attn:  President/Manager<br>63 Valley Drive NE<br>Newark, OH  43055 | **Schedule F**<br>England Logistics<br>Attn:  President/Manager<br>1325 S 4700 W<br>Salt Lake City, UT  84104 |

**Schedule G**
Envision Capital Group LLC
Attn: Attn Managing Member
29982 Ivy Glenn Drive
Laguna Niguel, CA  92677

**20 Largest Unsecured Creditor**
Erath County Dairy Sales & Livestock Comm
Attn: Jim Beyer
8892 South US Hwy. 377 Suite G
Dublin, TX  76446

**20 Largest Unsecured Creditor**
Erik Brown
Attn: Erick Brown
515 Drake Drive
Shafter, CA  93263

**20 Largest Unsecured Creditor**
Euclid Stockyards
Attn: Jeremy Gorham
14185 Euclid Avenue
Ontario, CA  91762

**Schedule F**
FedEx
Attn: President/Manager
PO Box 7221
Pasadena, CA  91109-7321

**Schedule F**
Fire Safety First
Attn: President/Manager
1170 E Fruit St
Santa Ana, CA  92701

**Schedule G**
First Insurance Funding
Attn: Attn President/Manager
450 Skokie Blvd Ste 1000
Northbrook, IL  60062

**Schedule F**
Flowtrace
Attn: President/Manager
5875 Rickenbacker Rd
Commerce, CA  90040

**20 Largest Unsecured Creditor**
Foster Feed Yard
Attn: Manuel Foster
3403 Casey Rd.
Brawley, CA  92227

**20 Largest Unsecured Creditor**
Freeman Mathis & Gary LLP
Attn: Accounts Receivable
550 S Hope St Ste 200
Los Angeles, CA  90071-2627

**Schedule F**
FSNS
Attn: President/Manager
PO Box 116438
Carrollton, TX  75011-6438

**Schedule F**
Fuel Me
Attn: President/Manager
150 Harvester Dr Ste 140
Burr Ridge, IL  60527

**Additional Notice for Protection America**
Gardener, Riechmann & Chow
Attn: Attn Ron Chow, Esq.
438 E. Katella Avenue, Suite 202
Orange, CA  92867

**20 Largest Unsecured Creditor**
Genske, Mulder & Company, LLP
Attn: Manager
3187 Red Hill Ave #110
Costa Mesa, CA  92626

**Schedule F**
Global Equipment Company
Attn: President/Manager
29833 Network Place
Chicago, IL  60673-1298

**Schedule F**
H. J. B. Inc.
Attn: President/Manager
4920 E Washington Blvd
City of Commerce, CA  90040

**Schedule F**
Hantover
Attn: President/Manager
PO Box 776916
Chicago, IL  60677-6916

**20 Largest Unsecured Creditor**
HJ Stephens & Sons
Attn: Matt Stephens
9544 S Road 90 W
Grinnell, KS  67738

**Schedule F**
Home Depot Credit Services
Attn: Dept 32-2535031995
PO Box 78047
Phoenix, AZ  85062-8047

**Schedule F**
Industrial Formulators Inc.
Attn: President/Manager
15631 Graham Street Unit E
Huntington Beach, CA  92649

**Schedule F**
Inner-Cool Refrigeration Inc.
Attn: President/Manager
7901 Somerset Blvd
Paramount, CA  90723

**20 Largest Unsecured Creditor**
J2 Cattle Company
Attn: Marvin Roberts
112 South Kyrene Road Suite 4
Chandler, AZ  85226

**Schedule F**
Jack C Lund Trucking LLC
Attn: President/Manager
231 N 300 E
Orem, UT  84057

**Schedule F**
Jarvis
Attn: President/Manager
33 Anderson Rd
Middletown, CT  06457-4926

**Schedule F**
JDAWS Livestock, LLC
Attn: c/o Golden Goodrich
Attn  David M. Goodrich, Esq.
3070 Bristol St Ste 640
Costa Mesa, CA  92626

**20 Largest Unsecured Creditor**
Jeff Smith
Attn:  Jeff Smith
421 N 3200 E
Lewisville,, ID  83431

**Schedule F**
JTX Group, Inc.
Attn: c/o FTW Law Group
Attn Felix T. Woo, Esq.
601 S Figueroa Street Ste 1950
Los Angeles, CA  90017

**20 Largest Unsecured Creditor**
K & L Butcher Supply
Attn:  President/Manager
PO Box 67
Corona, CA  92878-0067

**Schedule F**
Kimball Midwest
Attn:  President/Manager
Dept L-2780
Columbus, OH  43260-2780

**Schedule F**
King Meat, Inc.
Attn:  President/Manager
4215 Exchange Ave
Los Angeles, CA  90058-2604

**Schedule F**
Liftech Elevator Services Inc.
Attn:  President/Manager
2897 Gardena Ave
Signal Hill, CA  90755

**Schedule F**
Linde Gas & Equipment Inc.
Attn:  President
Dept LA 21511
Pasadena, CA  91185

**20 Largest Unsecured Creditor**
Loren Groeneweg
Attn:  Loren Groeneweg
3325 Chestnut Ave
Hudson, SD  57034

**20 Largest Unsecured Creditor**
Los Angeles County Tax Collector
Attn:  Accounts Receivable
PO Box 54027
Los Angeles, CA  90054-0027

**Schedule F**
Mechanic Refrigeration Co., Inc.
Attn:  President/Manager
5616 Corporate Ave
Cypress, CA  90630

**Schedule G**
Mercedes Benz Financial Services
Attn:  President/Manager
PO Box 5209
Carol Stream, IL  60197

**Schedule F**
Merieux Certification
Attn:  President/Manager
PO Box 7410296
Chicago, IL  60674

**Schedule F**
Mettler-Toledo Safeline
Attn:  President/Manager
22677 Network Place
Chicago, IL  60673-1226

**Schedule F**
Michelson Laboratories
Attn:  President/Manager
6280 Chalet Dr
Commerce, CA  90040-3704

**20 Largest Unsecured Creditor**
Moiola Feedyard LLC
Attn:  Tom Moiola
1594 Gonder Rd
Brawley, CA  92227

**20 Largest Unsecured Creditor**
One Stop Employment Services Inc.
Attn:  Yesenia Navarro
PO Box 13188
Milwaukee, WI  53213-0188

**Schedule F**
Pacific Coast Propane LLC
Attn:  President/Manager
PO Box 0427
Rialto, CA  92377-0427

**Schedule F**
Pallet Alliance
Attn:  President/Manager
9413 Laurel St
Los Angeles, CA  90002

**20 Largest Unsecured Creditor**
Personnel Resource Group Inc.
Attn:  President/Manager
PO Box 206773
Dallas, TX  75320-6773

**Schedule F**
Praesidio Consulting
Attn:  President/Manager
1201 N 3rd St
Johnstown, CO  80534

**20 Largest Unsecured Creditor**
Prime Foods
Attn:  President/Manager
80 Seaview Blvd
Port Washington, NY  11050

**Schedule F**
Prime Pallet Solution
Attn:  President/Manager
10745 Grand Ave
Ontario, CA  91762

**20 Largest Unsecured Creditor**
Protection America Inc.
Attn:  President/Manager
PO Box 33073
Granada Hills, CA  91394

**20 Largest Unsecured Creditor/Claim Filed**
PSL Forever Co.
Attn: President/Manager
213 W Ramona Blvd
San Gabriel, CA  91776

**20 Largest Unsecured Creditor**
RKR Distributors
Attn: President/Manager
12450 Philadelphia St
Eastvale, CA  91752

**Equity Holder**
Salvatore Anthony DiMaria
Attn:
100 Cabot Rd
Massapequa, NY  11758

**Interested Party/Attorney for Bank of America**
Severson & Werson
Attn: Lisamarie McDermott
19100 Von Karman Ave Ste 700
Irvine, CA  92612

**20 Largest Unsecured Creditor**
South Coast Container Corporation
Attn: President/Manager
14715 Industry Circle
La Mirada, CA  90638-5818

**Schedule F**
Straight Forwarding, Inc.
Attn: President/Manager
20275 Business Pkwy
City of Industry, CA  91789

**20 Largest Unsecured Creditor**
TDI Refrigeration
Attn: President/Manager
10241 Trademark Street
Rancho Cucamonga, CA  91730

**Schedule F**
Thompson Industrial Supply
Attn: President/Manager
PO Box 1029
Rancho Cucamonga, CA  91729-1299

**Schedule F**
Reladyne
Attn: President/Manager
PO Box 511578
Los Angeles, CA  90051-8133

**Schedule F**
Rose's Boiler Works, Inc.
Attn: President/Manager
7439 La Palma Ave #128
Buena Park, CA  90620

**20 Largest Unsecured Creditor**
Sam Habib Cattle
Attn: Sam Habib
P.O. Box 132
Kingsburg, CA  93631

**Schedule F**
Soft N Ro Inc.
Attn: President/Manager
1164 Atlanta Way
Costa Mesa, CA  92626

**Schedule F**
Sprague Pest Solutions
Attn: President/Manager
PO Box 35129
Seattle, WA  98124

**Schedule F**
Stump Power & Electric Corp.
Attn: President/Manager
3432 E 15th St
Los Angeles, CA  90023

**Schedule F**
Terminix Commercial
Attn: President/Manager
PO Box 802155
Chicago, IL  60680-0

**20 Largest Unsecured Creditor**
Torrington Livestock
Attn: Lance Derrick
PO Box 1097
Torrington, WY  82240

**Schedule F**
Reliant Dry Ice Pacific, LLC
Attn: President/Manager
PO Box 670608
Dallas, TX  75267-0608

**Schedule F**
Royal Packaging
Attn: President/Manager
16761 Burke Lane
Huntington Beach, CA  92647

**Schedule F**
Scottlynn USA Division Inc
Attn: President/Manager
9597 Gulf Research Lane
Fort Myers, FL  33912

**20 Largest Unsecured Creditor**
Sonsray
Attn: President/Manager
PO Box 51173
Los Angeles, CA  90051

**Schedule F**
Stiles Animal Removal, Inc.
Attn: President/Manager
2107 S Milliken Ave
Ontario, CA  91761

**Schedule F**
Sunrise Packaging Material
Attn: President/Manager
440 Quadrangle Dr Ste H
Bolingbrook, IL  60440

**Additional Notice for Charles Pedregon**
Thomas F. Mortimer, Jr.
Attn: Mortimer Law Firm
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA  90266

**20 Largest Unsecured Creditor**
TQL
Attn: President/Manager
PO Box 634558
Cincinnati, OH  45263

**Schedule F**
Tremco Corp.
Attn: President/Manager
3735 Green Road
Beachwood, OH  44122-5730

**Schedule F**
USDA, AMS, Livestock
Attn: President/Manager
PO Box 790304
St. Louis, MO  63179

**20 Largest Unsecured Creditor**
Williams Scotsman, Inc.
Attn: President/Manager
PO Box 91975
Chicago, IL  60693-1975

California Ice Company
Attn: President/Manager
470 3rd Street
Lake Elsinore, CA  92530

**20 Largest Unsecured Creditor**
United Expert Holdings LLC
Attn: Manager
23425 Slidell Road
Boyds, MD  20841

**20 Largest Unsecured Creditor**
Vestis
Attn: President/Manager
PO Box 101179
Pasadena, CA  91189

**Schedule F**
USDA FSIS
Attn: President/Manager
PO Box 979001
St. Louis, MO  63197-9001

**Schedule F**
Webtrans Logistics Inc.
Attn: President/Manager
2760 East El Presidio St
Carson, CA  90810

Webtrans Logistics, Inc.
Attn: President/Manager
2760 East El Presidio St
Carson, CA  90810