1  Leonard M. Shulman – Bar No. 126349
   Ryan D. O'Dea – Bar No. 273478
2  Max Casal – Bar No. 342716
   Brooke S. Thompson – Bar No. 349216
3  **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
   100 Spectrum Center Drive, Suite 600
4  Irvine, California 92618
   Telephone: (949) 340-3400
5  Facsimile: (949) 340-3000
   Email:      lshulman@shulmanbastian.com
6              rodea@shulmanbastian.com
               mcasal@shulmanbastian.com
7              bthompson@shulmanbastian.com

8  Proposed Attorneys for Debtors and
   Debtors in Possession

**FILED & ENTERED**

**OCT 01 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re<br><br>**MANNING LAND COMPANY, LLC, a California Limited Liability Company,**<br><br>Debtor. | **Lead Case: 2:24-bk-16757-VZ**<br>Chapter 11<br><br>Jointly Administered with:<br><br>Case No.: 2:24-bk-16758-VZ<br>Case No.: 2:24-bk-16759-VZ<br>Case No.: 2:24-bk-16760-VZ<br>Case No.: 2:24-bk-16761-VZ<br>Case No.: 2:24-bk-16762-VZ<br><br>**ORDER GRANTING APPLICATION AND AUTHORIZING DEBTORS TO EMPLOY SHULMAN BASTIAN FRIEDMAN & BUI LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing – LBR 9013-1(o)] |
|---|---|
| In re:<br><br>**MANNING'S BEEF, LLC, a California Limited Liability Company** | |

| | |
|---|---|
| In re:<br><br>**ADD ENTERPRISES, INC., a Delaware Corporation** | |
| In re:<br><br>**CHARLIE DiMARIA & SON INC., a California Corporation** | |
| In re:<br><br>**RNCK, INC., a New York Corporation** | |
| In re:<br><br>**SALVATORE ANTHONY DIMARIA,**<br>**aka Salvatore A. DiMaria,**<br>**aka Salvatore DiMaria,**<br>**dba DiMaria Cattle** | |
| ☒ Affects: All Debtors<br>☐ Affects: Manning Land Company, LLC<br>☐ Affects: Manning's Beef, LLC<br>☐ Affects: ADD Enterprises, Inc.<br>☐ Affects: Charlie DiMaria & Son Inc.<br>☐ Affects: RNCK, Inc.<br>☐ Affects: Salvatore Anthony DiMaria, aka Salvatore DiMaria, aka Salvatore DiMaria, dba DiMaria Cattle | |

The Court considered the "Debtor's Application for Order Authorizing Employment of Shulman Bastian Friedman & Bui LLP as Debtors' General Bankruptcy Counsel; Memorandum of Points and Authorities; Declaration of Leonard M. Shulman in Support" ("Application") [docket 26] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), which was served using the procedure of LBR 9013-1(o). A Declaration That No Party Requested a Hearing on Motion was filed on September 30, 2024 to show that proper notice of the Application was given and no party filed an opposition or request for a hearing. In the Application, it is established that Shulman Bastian Friedman & Bui LLP ("Firm") is a "disinterested person" as defined by Bankruptcy Code Section 101(14), and that the Firm holds no interest adverse to the Debtors or the Estate.

**Good cause appearing, IT IS ORDERED::**

1. The Application is granted in its entirety.

2. The Debtors are authorized pursuant to Bankruptcy Code Sections 327 and 330 and in accordance with Federal Rule of Bankruptcy Procedures 2014(a) and Local Bankruptcy Rule 2014-1(b)(1), to employ the Firm as their general bankruptcy counsel in these jointly administered cases, **effective as of August 22, 2024**, with compensation in such amount as the Court may allow upon appropriate application and hearing in accordance with law, on the terms set forth in the Application.

3. The Firm is authorized to withdraw funds received by the Firm from the Debtors and held in the Firm's client trust account, provided that the Firm complies with the provisions of the United States Trustee's Guide to Application for Retainers and Professional and Insider Compensation.

4. If the value of the Firm's retainer is exhausted, the Debtors are authorized to place in the Firm's trust account, on a monthly basis, 80% of the amount of the Firm's monthly fees and 100% of the monthly expenses as they are incurred.

5. The Debtors are authorized to sign any all other documents and to take such actions as are necessary to carry out the provisions of this Order.

### #

Date: October 1, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618