**FILED & ENTERED**

**OCT 10 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MANNING LAND COMPANY, LLC, a California Limited Liability Company,<br><br>Debtor and Debtor-in-Possession<br><br>☒ Affects All Debtors<br><br>☐ Affects Case No.: 2:24-16758-VZ<br>  MANNING BEEF, LLC,<br>  a California Limited Liability Company<br><br>☐ Affects Case No.: 2:24-16759-VZ<br>  ADD ENTERPRISES, INC.<br>  a Delaware Corporation<br><br>☐ Affects Case No.: 2:24-16760-VZ<br>  CHARLIE DIMARIA & SON, INC.<br>  a California Corporation<br><br>☐ Affects Case No.: 2:24-16761-VZ<br>  RNCK INC.,<br>  a New York Corporation<br><br>☐ Affects Case No.: 2:24-16762-VZ<br>  SALVATORE ANTHONY DIMARIA,<br>  aka Salvatore A. DiMaria,<br>  aka Salvatore Dimaria,<br>  dba DiMaria Cattle | Case No.: 2:24-bk-16757-VZ<br><br><u>Jointly Administered With</u>:<br>Case No.: 2:24-16758-VZ  Case No.: 2:24-16759-VZ<br>Case No.: 2:24-16760-VZ  Case No.: 2:24-16761-VZ<br>Case No.: 2:24-16762-VZ<br><br>Chapter 11<br><br>**ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE:**<br><br>**1) SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND REQUIRING COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3003-1;**<br><br>**2) SETTING DEADLINE TO HOLD A HEARING ON OBJECTION TO CLAIMS; AND**<br><br>**3) SETTING HEARING ON MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT**<br><br><u>Hearing on Motion to Approve Disclosure Stmt</u><br>**DATE:**    April 24, 2025<br>**TIME:**    11:00 a.m.<br>**PLACE:**   Courtroom 1368, 255 E. Temple Street<br>              Los Angeles, CA 90012 |

On October 10, 2024, a chapter 11 status conference was held in a bankruptcy case voluntarily filed by MANNING LAND COMPANY, LLC ("Debtor" and "Lead Case"), as well as five related cases which are all jointly administered with the Lead Case as indicated in the caption of this order. Appearances are noted on the record. Based on the status conference, **IT IS ORDERED**:

1) <u>**December 20, 2024,**</u> is the deadline for filing proofs of claim by non-government claimants. Debtor must comply with Local Bankruptcy Rule 3003-1 and F 3003-1.NOTICE.BAR.DATE is the mandatory LBR form that must be used. **The Notice of Bar Date must plainly specify that proofs of claim are to be filed on claims registers of the case of the debtor against which the claim is made. The only proofs of claim to be filed in the lead case are claims against the debtor of the lead case**;

2) <u>**February 14, 2025,**</u> is the deadline for a **hearing to be held** on objections to claims. *Please consult this court's calendar of available hearing dates that meet this deadline*; and

3) <u>**April 24, 2025, at 11:00 a.m**</u>. is set for a hearing on motions for approval of adequacy of disclosures statement, **with related documents to be filed using forms required and set forth in the order setting initial status conference (docket #8 in the lead case, and other docket numbers in the 5 related cases)** . The debtor is permitted to select an earlier hearing date for disclosure statement under the following conditions:

**(a)** The earlier hearing is on a Thursday at 11:00 a.m. that is available for the court; and

**(b)** The debtor is able to meet filing and service deadlines for an earlier hearing date.

###

Date: October 10, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-