| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman – Bar No. 126349<br>Max Casal – Bar No. 342716<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600, Irvine, California 92618<br>Telephone: (949) 340-3400; Facsimile: (949) 340-3000<br>Email: LShulman@shulmanbastian.com; MCasal@shulmanbastian.<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br>Manning Land Company, LLC - Case No. 2:24-bk-16757<br><br>Manning's Beef LLC - Case No. 2:24-bk-bk-16758<br><br>ADD Enterprises, Inc. - Case No. 2:24-bk-16759<br><br>Charlie DiMaria & Son Inc. - Case No. 2:24-bk-16760<br><br>RNCK, Inc. - Case No. 2:24-bk-16761<br><br>Salvatore Anthony DiMaria, aka Salvatore A. DiMaria, Salvatore DiMaria, dba DiMaria Cattle - Case No. 2:24-bk-16762<br><br>Debtor(s). | CASE NO.:  2:24-bk-16757-VZ (Lead Case)<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☒ No hearing: LBR 9013-1(q)<br>☐ Hearing information<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. <u>Bar Date</u>.  The court has set a deadline of (*date*) December 20        , 20 24    (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

    ☒ 255 East Temple Street, Los Angeles, CA 90012         ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>.  You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>.  Exceptions to the Bar Date include, but are not limited to, the following:

    (a) <u>Executory contracts/unexpired leases</u>.  For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease.  *See* 11 U.S.C. §§ 365(d)(4)  and 502(g).

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                       Page 1                                       **F 3003-1.NOTICE.BARDATE**

(b) <u>Governmental units</u>.  For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) _08/22/2024_ , and therefore calculates that this deadline is (*date*) _02/18/2025_ ).  *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>.  For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer.  *See* 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>.  If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules.  11 U.S.C. § 1111(a).  But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>.  Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9).  Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.*  **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>.  If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING.  11 U.S.C. § 502(b)(9).  CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: _10/16/2024_

By: _/s/ Max Casal_
Signature of Debtor, chapter 11 trustee, or their attorney

Name: _Max Casal_
Printed name of Debtor, chapter 11 trustee, or their attorney

**PROOFS OF CLAIM ARE TO BE FILED ON CLAIMS REGISTERS OF THE CASE OF THE DEBTOR AGAINST WHICH THE CLAIM IS MADE.  THE ONLY PROOFS OF CLAIM TO BE FILED IN THE LEAD CASE ARE CLAIMS AGAINST THE DEBTOR OF THE LEAD CASE.**

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 3003-1.NOTICE.BARDATE

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

## Official Form 410

# Proof of Claim                                                                  04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ | |
| 2. **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes.  From whom? _____ | |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>_____<br>Name<br><br>_____<br>Number       Street<br><br>_____<br>City                    State            ZIP Code<br><br>Contact phone _____<br><br>Contact email _____<br><br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | **Where should payments to the creditor be sent?** (if different)<br><br>_____<br>Name<br><br>_____<br>Number       Street<br><br>_____<br>City                    State            ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. **Does this claim amend one already filed?** | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes.  Who made the earlier filing? _____ | |

Official Form 410                                        **Proof of Claim**                                        page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | **Do you have any number you use to identify the debtor?** | ❏ No <br> ❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|

| 7. | **How much is the claim?** | $_____. **Does this amount include interest or other charges?** <br> ❏ No <br> ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> _____ |
|---|---|---|

| 9. | **Is all or part of the claim secured?** | ❏ No <br> ❏ Yes.   The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br> ❏ Motor vehicle <br> ❏ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property**: $_____ <br> **Amount of the claim that is secured:** $_____ <br><br> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br> **Annual Interest Rate** (when case was filed) _____% <br> ❏ Fixed <br> ❏ Variable |
|---|---|---|

| 10. | **Is this claim based on a lease?** | ❏ No <br><br> ❏ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
|---|---|---|

| 11. | **Is this claim subject to a right of setoff?** | ❏ No <br><br> ❏ Yes. Identify the property: _____ |
|---|---|---|

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No <br> ❏ Yes. *Check one:* | **Amount entitled to priority** |
| | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏  I am the creditor.

❏  I am the creditor's attorney or authorized agent.

❏  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❏  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   _____
                    MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
        First name          Middle name          Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number          Street

        _____
        City                                    State       ZIP Code

Contact phone   _____    Email   _____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1] (with Official Proof of Claim Form 410)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/16/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/16/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/16/2024 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 3003-1.NOTICE.BARDATE**

**Debtors**
Manning Land Company, LLC, Manning's Beef, LLC
ADD Enterprises, Inc., Charlie DiMaria & Son Inc.
RNCK, Inc. and Salvatore Anthony DiMaria
Attn Salvatore Anthony DiMaria
9531 Beverly Road
Pico Rivera, CA  90660
Attn:

**NEF - Interested Party**
United States Trustee
Attn:
915 Wilshire Blvd Ste 1850
Los Angeles, CA  90017

**NEF on behalf of Producers Livestock Marketing Assoc.**
Gerrick M. Warrington, Esq.
Frandzel Robins Bloom & Csato, L.C.
Attn:
1000 Wilshire Blvd 19th Fl
Los Angeles, CA  90017-2427

**NEF on behalf of Producers Livestock Marketing Assoc.**
Michael J. Gomez, Esq.
Frandzel Robins Bloom & Csato, L.C.
Attn:
1000 Wilshire Blvd 19th Fl
Los Angeles, CA  90017-2427

**NEF/RFSN - Collection Attorney for Linkun Investment, Inc.**
Alexander J. Kessler, Esq.
Grant & Kessler, APC
Attn:
1331 India Street
San Diego, CA  92101

**Schedule F**
Agdirect
Attn:  President
PO BOX 2409
Omaha, NE  68103

**Request for Notice**
Farm Credit Services of America, PCA dba AgDirect
Attn: c/o Thomas G. Mouzes, Esq.
Bashar Ahmad, Esq.
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA  95814

**Schedule D**
Colony Capital
Attn:  Jamal Dawood
8235 Monica Blvd
Los Angeles, CA  90046

**Schedule D**
Crown Equipment Corporation
Attn:  President
44 S Washington St
New Bremen, OH  45869

**Claim Filed**
Crown Credit Company
Attn:  Sebaly Shillito + Dyer
Attn Robert Hanseman
220 E Monument Ave Ste 500
Dayton, OH  45402

**Schedule D**
East West Bank
Attn:  Frank Chan
135 N Los Robles Ave
Pasadena, CA  91101

**Schedule D**
Grasshopper Bank
Attn:  Jim Velez
915 Broadway Floor 7
New York, NY  10010

**Schedule D**
Jimmy Nuckles
Attn:  Phillip Wing
7979 Ivanhow Ave Ste 200
La Jolla, CA  92037

**Schedule D/Claim Filed**
John Deere Financial
Attn:  President
PO BOX 6600
Johnston, IA  50131

**Schedule D**
Lineage Logistics-Vernon
Attn:  President/Manager
PO Box 734938
Dallas, TX  75373

**Schedule D**
Linkun Investment, Inc.
Attn:  Attn President
105 Balance
Irvine, CA  92618

**Schedule D/Additional Notice**
Linkun Investment, Inc.
Attn: c/o Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA  90071

**NEF/RFSN - Collection Attorney for Linkun Investment, Inc.**
Miles Grant, Esq.
Phillip A. Zunshine, Esq.
Attn:  Grant & Kessler, APC
1331 India Street
San Diego, CA  92101

**Schedule D/Notice Purposes**
North Mill Credit Trust
Attn:  Attn President
81 Throckmorton Ave Ste 203
Mill Valley, CA  94941

**Schedule F**
O&S Cattle
Attn:  Harold Stewart
14815 Energy Way
Apple Valley, MN  55124

**Schedule D/20 Largest Unsecured Creditor**
Producers Livestock Marketing
Attn:  Rick Obrien
P.O. Box 105
Salina, UT  84654

**Additional Notice**
Producers Livestock Marketing Association
Attn:
PO Box 540477
North Salt Lake City, UT  84054

**Schedule E/Notice Purposes**
California Dept of Tax and Fee Admin
Attn:  Special Ops, MIC: 55
PO Box 942879
Sacramento, CA  94279-0055

**Schedule E/Notice Purposes**
Employment Develop Dept
Attn:  Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280

**Schedule E/Notice Purposes**
Franchise Tax Board
Attn:  Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA  95812

**Notice Purposes**
Internal Revenue Service
Attn:
PO Box 7346
Philadelphia, PA  19101

**Notice Purposes**
LA County Tax Collector
Attn:  Bankruptcy Unit
PO Box 54110
Los Angeles, CA  90051

**Notice Purposes**
Los Angeles City Clerk
Attn:
PO Box 53200
Los Angeles, CA  90053

**Notice Purposes**
Securities & Exchange Commission
Attn:
444 S Flower St Ste 900
Los Angeles, CA  90071

**Schedule F**
A&Q Forklift Service
Attn:  President/Manager
14527 Elmcroft Ave
Norwalk, CA  90650

**Schedule F**
A&T Pallets, Inc
Attn:  President/Manager
1512 Date St
Montebello, CA  90640

**20 Largest Unsecured Creditor**
ABF Packing
Attn:  President/Manager
8758 S Hwy 377
Dublin, TX  76447

**Schedule F**
ACJJM LLC
Attn:  President/Manager
2012 S Electric Ave
Alhambra, CA  91803

**Schedule F**
Affordable Plastics & Packaging
Attn:  President/Manager
739 E Francis St
Ontario, CA  91761

**Schedule F**
Alpine Pallet Solutions
Attn:  President/Manager
1310 Exposition Blvd
Los Angeles, CA  90018

**Schedule F**
Amazon Capital Services
Attn:  President/Manager
PO Box 035184
Seattle, WA  98124-5184

**Request for Notice**
American Express National Bank
Attn:  c/o Zwicker & Associates, P.C.
80 Minuteman Road
PO Box 9043
Andover, MA  01810-1041

**Schedule F**
American Logistics Group
Attn:  President/Manager
PO Box 28685
New York, NY  10087

**Schedule F**
American Scale Co. Inc.
Attn:  President/Manager
PO Box 158
San Dimas, CA  91773

**Schedule F/Claim Filed**
American Standard Adhesives
Attn:  President/Manager
5061 Brooks St Ste B
Monclair, CA  91763

**20 Largest Unsecured Creditor**
Ameristaff Inc
Attn:  Brandon
PO Box 742890
Atlanta, GA  30374-2890

**Schedule F**
AMZ Packaging Inc.
Attn:  President/Manager
PO Box 58172
Vernon, CA  90058

**20 Largest Unsecured Creditor**
Ardent Law Group
Attn:  President/Manager
4340 Von Karman Ave
Newport Beach, CA  92660

**Schedule F**
Associated Environmental Mgmt
Attn:  President/Manager
812 Fremont Ave Ste 100
South Pasadena, CA  91030

**20 Largest Unsecured Creditor**
Atkinson, Anderson, Loya, Ruud & Romo
Attn:  President/Manager
12800 Center Court Dr Ste 300
Cerritos, CA  90703

**Additional notice for Torrington Livestock**
Auction Insurance Agency
Attn:  Lance Derrick
2200 Woodcrest Pl Ste 200
Birmingham, AL  35209

**Interested Party**
Bank of America
Attn:
Bank of America Corporate Center
100 N Tyron St
Charlotte, NC  28255

**Interested Party**
Bank of America
c/o Registered Agent
Attn:  The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE  19801

**20 Largest Unsecured Creditor**
Beyer Livestock Auction
Attn:  Jeff Beyer
950 County Road G
Clovis, NM  88101

**20 Largest Unsecured Creditor**
Bradshaw Livestock
Attn:  Jeff Smith
HC 74 Box 5114
Adamsville, UT  84731

**Schedule F**
Bunzl Processor Division
Attn:  President/Manager
12240 Collections Center Drive
Chicago, IL  60693

**20 Largest Unsecured Creditor**
Butcher's Pride Meat Group
Attn:  President/Manager
8524 La Sierra Ave
Whittier, CA  90605

**Schedule F**
C & O Mfg. Co., Inc.
Attn:  President/Manager
9640 Beverly Rd
Pico Rivera, CA  90660

**Schedule F**
C.C.I. a Chemical Corporation
Attn:  President/Manager
3540 East 26th St
Vernon, CA  90058

**Schedule F**
California Beef Council
Attn:  President/Manager
PO Box 2278
Rocklin, CA  95677-2278

**Schedule F**
California Gate and Entry Systems
Attn:  President/Manager
1470 Hundley Street
Anaheim, CA  92806

**20 Largest Unsecured Creditor**
Caruso Trucking
Attn:  President/Manager
PO Box 671
Richfield, UT  84701

**20 Largest Unsecured Creditor**
Center Valley Logistics Inc.
Attn:  President/Manager
PO Box 42106
Bakersfield, CA  93384

**Schedule F**
Certified Angus Beef LLC
Attn:  President/Manager
206 Riffel Road
Wooster, OH  44691-8588

**Schedule F**
Charles Pedregon
Attn:  c/o James J. Orland, Esq./Kelsey L. Thwaits
2155 Campus Drive, Suite 140
El Segundo, CA  90245

**20 Largest Unsecured Creditor**
CJ Data Com Inc.
Attn:  President/Manager
8504 Firestone Blvd #430
Downey, CA  90241

**Schedule F**
Compressor Parts & Repair
Attn:  President/Manager
1501 North Peck Road
So. El Monte, CA  91733

**Schedule F**
Consolidated Design West
Attn:  President/Manager
PO Box 25549
Anaheim, CA  92825

**20 Largest Unsecured Creditor**
Cowley Feedlot
Attn:  Jeremy Cowley
546 North Venice Main Street
Venice, UT  84701

**Schedule F**
Crown Lift Trucks
Attn:  President/Manager
PO Box 641173
Cincinatti, OH  45264-1173

**20 Largest Unsecured Creditor**
Cryovac, Inc.
Attn:  President/Manager
26081 Network Place
Chicago, IL  60673-1260

**Schedule F/Claim Filed**
DB Sales & Service
Attn:  President/Manager
11582 Markon Drive
Garden Grove, CA  92841

**Proof of Claim Address/Additional Notice for DB Sales & Service**
Mertz Enterprises Inc.
Attn:  c/o NCS Credit
729 Miner Road
Highland Heights, OH  44143

**Schedule F**
DJ Hauling, Inc.
Attn:  President/Manager
63 Valley Drive NE
Newark, OH  43055

**Schedule F**
England Logistics
Attn:  President/Manager
1325 S 4700 W
Salt Lake City, UT  84104

**Schedule G**
Envision Capital Group LLC
Attn:  Attn Managing Member
29982 Ivy Glenn Drive
Laguna Niguel, CA  92677

**20 Largest Unsecured Creditor**
Erath County Dairy Sales & Livestock Comm
Attn:  Jim Beyer
8892 South US Hwy. 377 Suite G
Dublin, TX  76446

**20 Largest Unsecured Creditor**
Erik Brown
Attn:  Erick Brown
515 Drake Drive
Shafter, CA  93263

**20 Largest Unsecured Creditor**
Euclid Stockyards
Attn:  Jeremy Gorham
14185 Euclid Avenue
Ontario, CA  91762

**Schedule F**
FedEx
Attn:  President/Manager
PO Box 7221
Pasadena, CA  91109-7321

**Schedule F**
Fire Safety First
Attn: President/Manager
1170 E Fruit St
Santa Ana, CA 92701

**Schedule G**
First Insurance Funding
Attn: Attn President/Manager
450 Skokie Blvd Ste 1000
Northbrook, IL 60062

**Schedule F**
Flowtrace
Attn: President/Manager
5875 Rickenbacker Rd
Commerce, CA 90040

**20 Largest Unsecured Creditor**
Foster Feed Yard
Attn: Manuel Foster
3403 Casey Rd.
Brawley, CA 92227

**20 Largest Unsecured Creditor**
Freeman Mathis & Gary LLP
Attn: Accounts Receivable
550 S Hope St Ste 200
Los Angeles, CA 90071-2627

**Schedule F**
FSNS
Attn: President/Manager
PO Box 116438
Carrollton, TX 75011-6438

**Schedule F**
Fuel Me
Attn: President/Manager
150 Harvester Dr Ste 140
Burr Ridge, IL 60527

**Additional Notice for Protection America**
Gardener, Riechmann & Chow
Attn: Attn Ron Chow, Esq.
438 E. Katella Avenue, Suite 202
Orange, CA 92867

**20 Largest Unsecured Creditor**
Genske, Mulder & Company, LLP
Attn: Manager
3187 Red Hill Ave #110
Costa Mesa, CA 92626

**Schedule F**
Global Equipment Company
Attn: President/Manager
29833 Network Place
Chicago, IL 60673-1298

**Schedule F**
H. J. B. Inc.
Attn: President/Manager
4920 E Washington Blvd
City of Commerce, CA 90040

**Schedule F**
Hantover
Attn: President/Manager
PO Box 776916
Chicago, IL 60677-6916

**20 Largest Unsecured Creditor**
HJ Stephens & Sons
Attn: Matt Stephens
9544 S Road 90 W
Grinnell, KS 67738

**Schedule F**
Home Depot Credit Services
Attn: Dept 32-2535031995
PO Box 78047
Phoenix, AZ 85062-8047

**Schedule F**
Industrial Formulators Inc.
Attn: President/Manager
15631 Graham Street Unit E
Huntington Beach, CA 92649

**Schedule F**
Inner-Cool Refrigeration Inc.
Attn: President/Manager
7901 Somerset Blvd
Paramount, CA 90723

**20 Largest Unsecured Creditor**
J2 Cattle Company
Attn: Marvin Roberts
112 South Kyrene Road Suite 4
Chandler, AZ 85226

**Schedule F**
Jack C Lund Trucking LLC
Attn: President/Manager
231 N 300 E
Orem, UT 84057

**Schedule F**
Jarvis
Attn: President/Manager
33 Anderson Rd
Middletown, CT 06457-4926

**Schedule F**
JDAWS Livestock, LLC
Attn: c/o Golden Goodrich
Attn David M. Goodrich, Esq.
3070 Bristol St Ste 640
Costa Mesa, CA 92626

**20 Largest Unsecured Creditor**
Jeff Smith
Attn: Jeff Smith
421 N 3200 E
Lewisville,, ID 83431

**Proof of Claim Filed**
JPMC c/o National Bankruptcy Services, LLC
Attn:
PO Box 9013
Addison, TX 75001

**Schedule F**
JTX Group, Inc.
Attn: c/o FTW Law Group
Attn Felix T. Woo, Esq.
601 S Figueroa Street Ste 1950
Los Angeles, CA 90017

**20 Largest Unsecured Creditor**
K & L Butcher Supply
Attn: President/Manager
PO Box 67
Corona, CA 92878-0067

**Schedule F**
Kimball Midwest
Attn: President/Manager
Dept L-2780
Columbus, OH 43260-2780

**Schedule F**
King Meat, Inc.
Attn: President/Manager
4215 Exchange Ave
Los Angeles, CA 90058-2604

**Schedule F**
Liftech Elevator Services Inc.
Attn: President/Manager
2897 Gardena Ave
Signal Hill, CA 90755

| | | |
|---|---|---|
| **Schedule F**<br>Linde Gas & Equipment Inc.<br>Attn: President<br>Dept LA 21511<br>Pasadena, CA 91185 | **20 Largest Unsecured Creditor**<br>Loren Groeneweg<br>Attn: Loren Groeneweg<br>3325 Chestnut Ave<br>Hudson, SD 57034 | **20 Largest Unsecured Creditor**<br>Los Angeles County Tax Collector<br>Attn: Accounts Receivable<br>PO Box 54027<br>Los Angeles, CA 90054-0027 |
| **Schedule F**<br>Mechanic Refrigeration Co., Inc.<br>Attn: President/Manager<br>5616 Corporate Ave<br>Cypress, CA 90630 | **Schedule G**<br>Mercedes Benz Financial Services<br>Attn: President/Manager<br>PO Box 5209<br>Carol Stream, IL 60197 | **Schedule F**<br>Merieux Certification<br>Attn: President/Manager<br>PO Box 7410296<br>Chicago, IL 60674 |
| **Schedule F**<br>Mettler-Toledo Safeline<br>Attn: President/Manager<br>22677 Network Place<br>Chicago, IL 60673-1226 | **Schedule F**<br>Michelson Laboratories<br>Attn: President/Manager<br>6280 Chalet Dr<br>Commerce, CA 90040-3704 | **20 Largest Unsecured Creditor**<br>Moiola Feedyard LLC<br>Attn: Tom Moiola<br>1594 Gonder Rd<br>Brawley, CA 92227 |
| **20 Largest Unsecured Creditor**<br>One Stop Employment Services Inc.<br>Attn: Yesenia Navarro<br>PO Box 13188<br>Milwaukee, WI 53213-0188 | **Proof of Claim Address/Additional Notice for One Stop Employ. Services Inc.**<br>The Right Hire Agency<br>Attn:<br>8430 Telegraph Rd<br>Downey, CA 90240 | **Schedule F**<br>Pacific Coast Propane LLC<br>Attn: President/Manager<br>PO Box 0427<br>Rialto, CA 92377-0427 |
| **Schedule F**<br>Pallet Alliance<br>Attn: President/Manager<br>9413 Laurel St<br>Los Angeles, CA 90002 | **20 Largest Unsecured Creditor**<br>Personnel Resource Group Inc.<br>Attn: President/Manager<br>PO Box 206773<br>Dallas, TX 75320-6773 | **Schedule F/Claim Filed**<br>Praesidio Consulting<br>Attn: President/Manager<br>1201 N 3rd St<br>Johnstown, CO 80534 |
| **20 Largest Unsecured Creditor**<br>Prime Foods<br>Attn: President/Manager<br>80 Seaview Blvd<br>Port Washington, NY 11050 | **Schedule F**<br>Prime Pallet Solution<br>Attn: President/Manager<br>10745 Grand Ave<br>Ontario, CA 91762 | **20 Largest Unsecured Creditor**<br>Protection America Inc.<br>Attn: President/Manager<br>PO Box 33073<br>Granada Hills, CA 91394 |
| **20 Largest Unsecured Creditor/Claim Filed**<br>PSL Forever Co.<br>Attn: President/Manager<br>213 W Ramona Blvd<br>San Gabriel, CA 91776 | **Schedule F**<br>Reladyne<br>Attn: President/Manager<br>PO Box 511578<br>Los Angeles, CA 90051-8133 | **Schedule F**<br>Reliant Dry Ice Pacific, LLC<br>Attn: President/Manager<br>PO Box 670608<br>Dallas, TX 75267-0608 |
| **20 Largest Unsecured Creditor**<br>RKR Distributors<br>Attn: President/Manager<br>12450 Philadelphia St<br>Eastvale, CA 91752 | **Schedule F**<br>Rose's Boiler Works, Inc.<br>Attn: President/Manager<br>7439 La Palma Ave #128<br>Buena Park, CA 90620 | **Schedule F**<br>Royal Packaging<br>Attn: President/Manager<br>16761 Burke Lane<br>Huntington Beach, CA 92647 |
| **Equity Holder**<br>Salvatore Anthony DiMaria<br>Attn:<br>100 Cabot Rd<br>Massapequa, NY 11758 | **20 Largest Unsecured Creditor**<br>Sam Habib Cattle<br>Attn: Sam Habib<br>P.O. Box 132<br>Kingsburg, CA 93631 | **Schedule F/Claim Filed**<br>Scottlynn USA Division Inc<br>Attn: President/Manager<br>9597 Gulf Research Lane<br>Fort Myers, FL 33912 |

**Interested Party/Attorney for Bank of America**
Severson & Werson
Attn: Lisamarie McDermott
19100 Von Karman Ave Ste 700
Irvine, CA 92612

**20 Largest Unsecured Creditor**
South Coast Container Corporation
Attn: President/Manager
14715 Industry Circle
La Mirada, CA 90638-5818

**Schedule F**
Straight Forwarding, Inc.
Attn: President/Manager
20275 Business Pkwy
City of Industry, CA 91789

**20 Largest Unsecured Creditor**
TDI Refrigeration
Attn: President/Manager
10241 Trademark Street
Rancho Cucamonga, CA 91730

**Schedule F**
Thompson Industrial Supply
Attn: President/Manager
PO Box 1029
Rancho Cucamonga, CA 91729-1299

**Schedule F**
Tremco Corp.
Attn: President/Manager
3735 Green Road
Beachwood, OH 44122-5730

**Schedule F**
USDA, AMS, Livestock
Attn: President/Manager
PO Box 790304
St. Louis, MO 63179

**Schedule F**
Webtrans Logistics Inc.
Attn: President/Manager
2760 East El Presidio St
Carson, CA 90810

**Schedule F**
Soft N Ro Inc.
Attn: President/Manager
1164 Atlanta Way
Costa Mesa, CA 92626

**Schedule F**
Sprague Pest Solutions
Attn: President/Manager
PO Box 35129
Seattle, WA 98124

**Schedule F**
Stump Power & Electric Corp.
Attn: President/Manager
3432 E 15th St
Los Angeles, CA 90023

**Schedule F**
Terminix Commercial
Attn: President/Manager
PO Box 802155
Chicago, IL 60680-0

**20 Largest Unsecured Creditor**
Torrington Livestock
Attn: Lance Derrick
PO Box 1097
Torrington, WY 82240

**20 Largest Unsecured Creditor**
United Expert Holdings LLC
Attn: Manager
23425 Slidell Road
Boyds, MD 20841

**20 Largest Unsecured Creditor**
Vestis
Attn: President/Manager
PO Box 101179
Pasadena, CA 91189

**20 Largest Unsecured Creditor**
Williams Scotsman, Inc.
Attn: President/Manager
PO Box 91975
Chicago, IL 60693-1975

Webtrans Logistics, Inc.
Attn: President/Manager
2760 East El Presidio St
Carson, CA 90810

**20 Largest Unsecured Creditor**
Sonsray
Attn: President/Manager
PO Box 51173
Los Angeles, CA 90051

**Schedule F**
Stiles Animal Removal, Inc.
Attn: President/Manager
2107 S Milliken Ave
Ontario, CA 91761

**Schedule F**
Sunrise Packaging Material
Attn: President/Manager
440 Quadrangle Dr Ste H
Bolingbrook, IL 60440

**Additional Notice for Charles Pedregon**
Thomas F. Mortimer, Jr.
Attn: Mortimer Law Firm
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266

**20 Largest Unsecured Creditor**
TQL
Attn: President/Manager
PO Box 634558
Cincinnati, OH 45263

**Schedule F**
USDA FSIS
Attn: President/Manager
PO Box 979001
St. Louis, MO 63197-9001

**Claim Filed**
Vestis Services, LLC fka Aramark Uniform & Career
Attn: c/o Devin G. Bray
Hawley Troxell Ennis & Hawley, LLP
PO Box 1617
Boise, ID 83701-1617

California Ice Company
Attn: President/Manager
470 3rd Street
Lake Elsinore, CA 92530