Michael J. Gomez (State Bar No. 251571)
  mgomez@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for PRODUCERS LIVESTOCK
MARKETING ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re: MANNING LAND COMPANY, LLC, a California Limited Liability Company | Lead Case: 2:24-bk-16757-VZ |
| In re: SALVATORE ANTHONY DIMARIA, AKA SALVATORE A. DIMARIA, AKA SALVATORE DIMARIA, DBA DIMARIA CATTLE | Jointly Administered with:<br><br>Case No.: 2:24-bk-16758-VZ<br>Case No.: 2:24-bk-16759-VZ<br>Case No.: 2:24-bk-16760-VZ<br>Case No.: 2:24-bk-16761-VZ<br>Case No.: 2:24-bk-16762-VZ |
| In re: MANNING'S BEEF, LLC, a California Limited Liability Company | Chapter 11 |
| In re: ADD ENTERPRISES, INC., a Delaware Corporation | **OBJECTION OF PRODUCERS LIVESTOCK MARKETING ASSOCIATION TO PROFESSIONAL FEE STATEMENT NO. 5 AND ALL FURTHER PROFESSIONAL FEE STATEMENTS** |
| In re: CHARLIE DiMARIA & SON INC., a California Corporation | |
| In re: RNCK, INC., a New York Corporation | Date: TBD<br>Time: TBD<br>Crtrm.: 1368<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012 |
| Debtors and Debtors in Possession. | |
| ☒ Affects All Debtors<br>☐ Affects: Manning Land Company, LLC<br>☐ Affects: Manning's Beef, LLC<br>☐ Affects: ADD Enterprises, Inc.<br>☐ Affects: Charlie DiMaria & Son Inc.<br>☐ Affects: RNCK, INC.<br>☐ Affects: Salvatore Anthony Dimaria, aka Salvatore A. Dimaria, aka Salvatore Dimaria, dba Dimaria Cattle | |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; THE DEBTORS; AND ALL PROFESSIONALS OF THE DEBTORS:**

Producers Livestock Marketing Association ("Producers"), the largest cattle supplier to the debtors in possession in the above-captioned chapter 11 cases, objects to the expenditure of its cash collateral and its assets under the Packers and Stockyard Act of 1921 ("PASA"). As a result, Producers objects to the Professional Fee Statements of Shulman Bastian Friedman & Bui LLP, including Statement No. 5. Producers incorporates by reference its arguments and evidence in support of its Motion to Restrict Cash Collateral Use [Dkt. 152], as such may be supplemented. Producers reserves its rights on all other grounds to object, including reasonableness, until it can adequately review the underlying fee and expense entries which were not included with the statement.

DATED: February 7, 2025        FRANDZEL ROBINS BLOOM & CSATO, L.C.
                               MICHAEL J. GOMEZ
                               GERRICK M. WARRINGTON

                               By: _____
                               MICHAEL J. GOMEZ
                               Attorneys for PRODUCERS LIVESTOCK
                               MARKETING ASSOCIATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): OBJECTION OF PRODUCERS LIVESTOCK MARKETING ASSOCIATION TO PROFESSIONAL FEE STATEMENT NO. 5 AND ALL FURTHER PROFESSIONAL FEE STATEMENTS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 7, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 7, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

James J. Orland
2155 Campus Drive, Ste. 140
El Segundo, CA 90245

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 7, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Overnight Mail
Honorable Vincent P. Zurzolo, Courtroom 1368, Roybal Federal Building, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 7, 2025 | David T. Moore | /s/ David T. Moore |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- Jonathan Arias   jarias@zwickerpc.com
- Jeffrey W Broker   jbroker@brokerlaw.biz
- Max Casal   mcasal@shulmanbastian.com, avernon@shulmanbastian.com;cthornton@shulmanbastian.com
- Michael J Gomez   mgomez@frandzel.com, dmoore@frandzel.com,autodocket@frandzel.com
- David M Goodrich   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- Miles D Grant   miles@grantandkessler.com
- Alexander J Kessler   aj@grantandkessler.com, miles@grantlawyers.com
- William Malcolm   bill@mclaw.org, cvalenzuela@mclaw.org
- Aaron J Malo   amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- Kelly L Morrison   kelly.l.morrison@usdoj.gov
- Thomas G Mouzes   tmouzes@boutinjones.com, cdomingo@boutinjones.com
- Ryan D O'Dea   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- Teresa L Polk   tp@smtdlaw.com, svargas@smtdlaw.com
- Leonard M Shulman   lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Brooke S Thompson   bthompson@shulmanbastian.com, avernon@shulmanbastian.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Gerrick Warrington   gwarrington@frandzel.com, achase@frandzel.com
- Rebecca M Wicks   rwicks@buchalter.com, docket@buchalter.com
- Felix T Woo   fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Phillip Zunshine   phillip@grantandkessler.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**