Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
Max Casal – Bar No. 342716
Brooke S. Thompson – Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    lshulman@shulmanbastian.com
           rodea@shulmanbastian.com
           mcasal@shulmanbastian.com
           bthompson@shulmanbastian.com

General Counsel for the Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**MANNING LAND COMPANY, LLC, a California Limited Liability Company**<br><br>     Debtors. | **Lead Case: 2:24-bk-16757-VZ**<br><br>Chapter 11<br><br>Jointly Administered with: |
| In re:<br><br>**MANNING'S BEEF, LLC, a California Limited Liability Company,** | Case No.: 2:24-bk-16758-VZ<br>Case No.: 2:24-bk-16759-VZ<br>Case No.: 2:24-bk-16760-VZ<br>Case No.: 2:24-bk-16761-VZ<br>Case No.: 2:24-bk-16762-VZ |
| In re:<br><br>**ADD ENTERPRISES, INC., a Delaware Corporation** | **MOTION TO CONTINUE THE DEADLINE FOR A HEARING TO BE HELD ON OBJECTIONS TO CLAIMS; DECLARATION OF SALVATORE ANTHONY DIMARIA IN SUPPORT THEREOF** |
| In re:<br><br>**CHARLIE DiMARIA & SON INC., a California Corporation** | <u>Deadline for a Hearing to be Held on Objections to Claims:</u><br>Date:   April 15, 2025 |
| In re:<br><br>**RNCK, INC., a New York Corporation** | [Order Submitted Concurrently] |
| In re:<br><br>**SALVATORE ANTHONY DIMARIA,** aka Salvatore A. DiMaria, aka Salvatore DiMaria, dba DiMaria Cattle, | |

☒ Affects: All Debtors
☐ Affects: Manning Land Company, LLC
☐ Affects: Manning's Beef, LLC
☐ Affects: ADD Enterprises, Inc.
☐ Affects: Charlie DiMaria & Son Inc.
☐ Affects: RNCK, Inc.
☐ Affects: Salvatore Anthony DiMaria, aka Salvatore DiMaria, aka Salvatore DiMaria, dba DiMaria Cattle

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), through their undersigned counsel, hereby file this motion (the "Motion") to continue the deadline for a hearing to be held on objections to claims (the "Claim Objection Hearing Deadline").

## I.    RELEVANT FACTUAL BACKGROUND

### A.    The Cases

On August 22, 2024 (the "Petition Date"), the Debtors filed bankruptcy petitions under chapter 11 of the Bankruptcy Code commencing the above-captioned cases (the "Cases"). The Debtors continue to operate and manage their business affairs as debtors in possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

Debtor Salvatore Anthony DiMaria has a sole proprietorship operating under the name of DiMaria Cattle and is the owner, chairman of the board, and/or officer of Debtors Manning Land Company, LLC, ADD Enterprises, Inc., Manning's Beef LLC, RNCK Inc., and Charlie DiMaria & Son Inc.

### B.    Claims

The deadline for non-government claimants to file a proof of claim was December 20, 2024 (the "Bar Date"). As of the Bar Date, seventy-five (75) claims were filed against the Debtors. Of the filed claims, most were either filed against the wrong Debtor or are duplicative as the same claim was filed against multiple Debtors.

Pursuant to this Court's order entered on January 15, 2025, the Claim Objection Hearing Deadline is April 15, 2025 [Dkt. No. 139].

**C.    Substantive Consolidation**

Concurrently with the filing of this Motion, the Debtors have filed a motion for order substantively consolidating the Debtors' estates ("Motion for Substantive Consolidation"). Pursuant to the Motion for Substantive Consolidation, the Debtors request that their estates be consolidated in order to, *inter alia*: (1) treat all unsecured claims as being against a single, consolidated estate, and (2) reduce the administrative burden of these Cases by not requiring the Debtors to expend resources on litigating objections related to duplicative claims or those filed against the incorrect Debtor.

## II.    ARGUMENT

**A.    Requisite Cause to Continue the Claim Objection Hearing Deadline**

By this Motion, the Debtors seek entry of an order continuing the Claim Objection Hearing Deadline to sixty (60) days after the Motion for Substantive Consolidation is adjudicated.

Federal Rule of Bankruptcy Procedure 9006(b) provides, in relevant part, that "when these rules, a notice given under these rules, or a court order requires or allows an act to be performed at or within a specified period… the court may – at any time and for cause – extend the time to act…" Fed. R. Bankr. Proc. 9006(B)(1).

Here, the Debtors submit that cause exists to continue the Claim Objection Hearing Deadline. The Court's ruling on the Motion for Substantive Consolidation is dispositive on the claim objections to be filed by the Debtors and will dictate which claims the Debtors will need to object to. Relatedly, extending the Claim Objection Hearing Deadline until after the Motion for Substantive Consolidation may result in reduced administrative expenses as the Debtors may not need to incur the costs and time of objecting to duplicative claims or those filed against the wrong Debtor. Accordingly, cause exists to continue the Claim Objection Hearing Deadline.

/ / /

/ / /

/ / /

/ / /

### III. CONCLUSION

Based on the foregoing, the Debtors respectfully request that the Court grant the Motion and enter an order continuing the Claim Objection Hearing Deadline to sixty (60) days after the entry of an order approving or denying the Motion for Substantive Consolidation.

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

Dated:  March 20, 2025         */s/ Max Casal*
Leonard M. Shulman
Ryan D. O'Dea
Max Casal
Brooke S. Thompson
General Counsel for the Debtors and Debtors in Possession

# DECLARATION OF SALVATORE ANTHONY DIMARIA

I, Salvatore Anthony DiMaria, declare as follows:

1. I am a Debtor, have a sole proprietorship operating under the name of DiMaria Cattle, and am the owner, chairman of the board, and/or officer of Debtors Manning Land, ADD, Manning's Beef, RNCK, and Charlie DiMaria & Son. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of the *Debtors' Motion to Continue the Deadline for a Hearing to Be Held on Objections to Claims* (the "Motion").[1]

2. The deadline for non-government claimants to file a proof of claim was December 20, 2024 (the "Bar Date"). As of the Bar Date, seventy-five (75) claims were filed against the Debtors. Upon my review of the filed claims and the Debtors' books and records, I believe that most claims (no less than forty-five (45)) were either filed against the wrong Debtor or are duplicative as the same claim was filed against multiple Debtors [ADD, Claim Nos. 2-8; Salvatore Anthony DiMaria, Claim Nos. 3, 7-10, 12; DiMaria, & Son, Claim Nos. 2, 6-7, 9-11; Manning Land, Claim Nos. 1-6, 8, 10-19; Manning's Beef, Claim Nos. 4, 7, 9, 12, 13, 15-21; RNCK, Claim Nos. 2-4].

3. Pursuant to this Court's order entered on January 15, 2025, the Claim Objection Hearing Deadline is April 15, 2025 [Dkt. No. 139].

4. Concurrently with the filing of this Motion, the Debtors have filed a motion for order substantively consolidating the Debtors' estates ("Motion for Substantive Consolidation"). Pursuant to the Motion for Substantive Consolidation, the Debtors request that their estates be consolidated in order to, *inter alia*: (1) treat all unsecured claims as being against a single, consolidated estate, and (2) reduce the administrative burden of these Cases by not requiring the Debtors to expend resources on litigating objections related to duplicative claims or those filed against the incorrect Debtor.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5. I believe that the Claim Objection Hearing Deadline should be continued because I am informed and believe that the Motion for Substantive Consolidation will dictate which claims the Debtors will need to object to and may result in reduced administrative expenses as the Debtors may not need to incur the costs and time of objecting to duplicative claims or those filed against the wrong Debtor. I believe that the continuance requested in the Motion will provide the Debtors with sufficient time to object to claims once the Motion for Substantive Consolidation is resolved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on <u>March 20, 2025</u>, at <u>Pico Rivera, CA 90660</u>.

_____
Salvatore Anthony DiMaria

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO CONTINUE THE DEADLINE FOR A HEARING TO BE HELD ON OBJECTIONS TO CLAIMS; DECLARATION OF SALVATORE ANTHONY DIMARIA IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 20, 2025  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 20, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360

[Court's Manual Notice List]
James J. Orland
2155 Campus Drive, Ste. 140
El Segundo, CA 90245

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 20, 2025 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Jonathan Arias**  jarias@zwickerpc.com
- **Jeffrey W Broker**  jbroker@brokerlaw.biz
- **M. Candice Bryner**  candice@brynerlaw.com
- **Max Casal**  mcasal@shulmanbastian.com, avernon@shulmanbastian.com;cthornton@shulmanbastian.com
- **Michael J Gomez**  mgomez@frandzel.com, dmoore@frandzel.com,autodocket@frandzel.com
- **David M Goodrich**  dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Miles D Grant**  miles@grantandkessler.com
- **Alexander J Kessler**  aj@grantandkessler.com, miles@grantlawyers.com
- **William Malcolm**  bill@mclaw.org, cvalenzuela@mclaw.org
- **Aaron J Malo**  amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- **Kelly L Morrison**  kelly.l.morrison@usdoj.gov
- **Thomas G Mouzes**  tmouzes@boutinjones.com, cdomingo@boutinjones.com
- **Anthony J Napolitano**  anapolitano@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Ryan D O'Dea**  rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- **Teresa L Polk**  tp@smtdlaw.com, svargas@smtdlaw.com
- **Leonard M Shulman**  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- **Brooke S Thompson**  bthompson@shulmanbastian.com, avernon@shulmanbastian.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Gerrick Warrington**  gwarrington@frandzel.com, achase@frandzel.com
- **Rebecca M Wicks**  rwicks@buchalter.com, docket@buchalter.com
- **Felix T Woo**  fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- **Phillip Zunshine**  phillip@grantandkessler.com