Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
Max Casal – Bar No. 342716
Brooke S. Thompson – Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:      (949) 340-3400
Facsimile:      (949) 340-3000
Email:          lshulman@shulmanbastian.com
                rodea@shulmanbastian.com
                mcasal@shulmanbastian.com
                bthompson@shulmanbastian.com

General Counsel for the Debtors and Debtors in Possession

**FILED & ENTERED**

**MAR 31 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re **MANNING LAND COMPANY, LLC, a California Limited Liability Company** Debtors. | **Lead Case:  2:24-bk-16757-VZ** Chapter 11 Jointly Administered with: |
| In re: **MANNING'S BEEF, LLC, a California Limited Liability Company,** | Case No.:  2:24-bk-16758-VZ Case No.:  2:24-bk-16759-VZ Case No.:  2:24-bk-16760-VZ Case No.:  2:24-bk-16761-VZ Case No.:  2:24-bk-16762-VZ |
| In re: **ADD ENTERPRISES, INC., a Delaware Corporation** | **ORDER GRANTING DEBTORS' APPLICATION AND AUTHORIZING THE RETENTION AND EMPLOYMENT OF FORCE TEN PARTNERS LLC AS THEIR INVESTMENT BANKER EFFECTIVE AS OF FEBRUARY 12, 2025** |
| In re: **CHARLIE DiMARIA & SON INC., a California Corporation** | **Hearing** Date:      March 25, 2025 Time:      11:00 a.m. Place:     United States Bankruptcy Court |
| In re: **RNCK, INC., a New York Corporation** | 255 E. Temple Street, Ctrm 1368 Los Angeles, CA 90012 |
| In re: **SALVATORE ANTHONY DIMARIA, aka Salvatore A. DiMaria, aka Salvatore DiMaria, dba DiMaria Cattle,** | |

☒   Affects: All Debtors
☐   Affects: Manning Land Company, LLC
☐   Affects: Manning's Beef, LLC
☐   Affects: ADD Enterprises, Inc.
☐   Affects: Charlie DiMaria & Son Inc.
☐   Affects: RNCK, Inc.
☐   Affects: Salvatore Anthony DiMaria, aka
Salvatore    DiMaria, aka Salvatore DiMaria,
dba DiMaria Cattle

On March 25, 2025, a hearing was held on the above-captioned debtors' and debtors in possessions' (collectively, the "Debtors") Application for Order Authorizing the Retention and Employment of Force Ten Partners LLC ("Force Ten") as Their Investment Banker Effective as of February 12, 2025 (the "Application")[1] [Dkt. No. 183], the Honorable Vincent P. Zurzolo presiding. Appearances are reflected on the Court's record.

The Court having read and considered the Application, Producers Livestock Marketing Association's Limited Opposition to the Application [Dkt. No. 219], the Debtors' Reply in Support of the Application [Dkt. No. 245], and the declarations filed in support of the Application, and having considered the arguments of counsel at the hearing, and for good cause appearing, it is hereby

**ORDERED** as follows:

1.    The Application is granted in its entirety.

2.    The Debtors are authorized pursuant to Bankruptcy Code Sections 327 and 330, and in accordance with Federal Rule of Bankruptcy Procedure 2014(a), to retain and employ Force 10 as their investment banker in these jointly administered cases, effective as of February 12, 2025.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Application.

3.      The Debtors are authorized to pay Force Ten's Monthly Work Fees and Transaction Fee in accordance with the terms set forth in the Application and Engagement Letter, without the need for further Court approval.

4.      In the event Force Ten is required to provide further services and/or incur additional fees beyond the scope of services and fees set forth in the Engagement Letter, Force Ten will apply for compensation for any professional services rendered and reimbursement of expenses incurred outside the scope of the Engagement Letter, subject to Court approval.

5.      The Debtors are authorized to sign any all other documents and to take such actions as are necessary to carry out the provisions of this Order.

###

Date: March 31, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge