1  Leonard M. Shulman – Bar No. 126349
   Ryan D. O'Dea – Bar No. 273478
2  Max Casal – Bar No. 342716
   Brooke S. Thompson – Bar No. 349216
3  **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
   100 Spectrum Center Drive, Suite 600
4  Irvine, California 92618
   Telephone:    (949) 340-3400
5  Facsimile:    (949) 340-3000
   Email:         lshulman@shulmanbastian.com
6                 rodea@shulmanbastian.com
                  mcasal@shulmanbastian.com
7                 bthompson@shulmanbastian.com

8  General Counsel for the Debtors and Debtors in Possession

**FILED & ENTERED**

**MAR 31 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** carranza **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**MANNING LAND COMPANY, LLC, a California Limited Liability Company**<br>   Debtors. | **Lead Case: 2:24-bk-16757-VZ**<br><br>Chapter 11<br><br>Jointly Administered with: |
| In re:<br>**MANNING'S BEEF, LLC, a California Limited Liability Company,** | Case No.: 2:24-bk-16758-VZ<br>Case No.: 2:24-bk-16759-VZ<br>Case No.: 2:24-bk-16760-VZ<br>Case No.: 2:24-bk-16761-VZ<br>Case No.: 2:24-bk-16762-VZ |
| In re:<br>**ADD ENTERPRISES, INC., a Delaware Corporation** | **ORDER GRANTING MOTION TO CONTINUE THE DEADLINE FOR A HEARING TO BE HELD ON OBJECTIONS TO CLAIMS** |
| In re:<br>**CHARLIE DiMARIA & SON INC., a California Corporation** | [Relates to Docket No. 269]<br><br>NO HEARING REQUIRED |
| In re:<br>**RNCK, INC., a New York Corporation** | |
| In re:<br>**SALVATORE ANTHONY DIMARIA, aka Salvatore A. DiMaria, aka Salvatore DiMaria, dba DiMaria Cattle**, | |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

☒ Affects: All Debtors
☐ Affects: Manning Land Company, LLC
☐ Affects: Manning's Beef, LLC
☐ Affects: ADD Enterprises, Inc.
☐ Affects: Charlie DiMaria & Son Inc.
☐ Affects: RNCK, Inc.
☐ Affects: Salvatore Anthony DiMaria, aka Salvatore    DiMaria, aka Salvatore DiMaria, dba DiMaria Cattle

The Court having read and considered the *Motion to Continue the Deadline for a Hearing to be Held on Objections to Claims* (the "Motion") filed with this Court on March 27, 2025 [Dkt. No. 269], and for good cause appearing:

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. The deadline for a hearing to be held on objections to claims is hereby continued to **June 10, 2025**; The hearings may be held on June 10, 2025 at 11:00 a.m., or on a prior Tuesday at 11:00 that is available on the court's hearing calendar and meets notice deadlines.

# # # #

Date: March 31, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge