Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
Max Casal – Bar No. 342716
Brooke S. Thompson – Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com
mcasal@shulmanbastian.com
bthompson@shulmanbastian.com

General Counsel for the Debtors and Debtors in Possession

**FILED & ENTERED**

**JUN 02 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**MANNING LAND COMPANY, LLC**, a California Limited Liability Company<br>     Debtors. | **Lead Case: 2:24-bk-16757-VZ**<br><br>Chapter 11<br><br>Jointly Administered with: |
| In re:<br>**MANNING'S BEEF, LLC**, a California Limited Liability Company, | Case No.: 2:24-bk-16758-VZ<br>Case No.: 2:24-bk-16759-VZ<br>Case No.: 2:24-bk-16760-VZ<br>Case No.: 2:24-bk-16761-VZ<br>Case No.: 2:24-bk-16762-VZ |
| In re:<br>**ADD ENTERPRISES, INC.**, a Delaware Corporation | **ORDER GRANTING DEBTORS' MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING THE DEBTORS' ESTATES** |
| In re:<br>**CHARLIE DiMARIA & SON INC.**, a California Corporation | **Hearing**<br>Date:   May 20, 2025<br>Time:   11:00 a.m.<br>Place:  United States Bankruptcy Court<br>        255 E. Temple Street, Ctrm 1368<br>        Los Angeles, CA 90012 |
| In re:<br>**RNCK, INC.**, a New York Corporation | |
| In re:<br>**SALVATORE ANTHONY DIMARIA,** aka Salvatore A. DiMaria, aka Salvatore DiMaria, dba DiMaria Cattle, | |

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

☒ Affects: All Debtors
☐ Affects: Manning Land Company, LLC
☐ Affects: Manning's Beef, LLC
☐ Affects: ADD Enterprises, Inc.
☐ Affects: Charlie DiMaria & Son Inc.
☐ Affects: RNCK, Inc.
☐ Affects: Salvatore Anthony DiMaria, aka Salvatore    DiMaria, aka Salvatore DiMaria, dba DiMaria Cattle

On May 20, 2025, a hearing was held on the above-captioned debtors' and debtors in possessions' (collectively, the "<u>Debtors</u>") Motion for Order Substantively Consolidating the Debtors' Estates (the "<u>Motion</u>")[1]  [Dkt. No. 238], the Honorable Vincent P. Zurzolo presiding. Appearances are reflected on the Court's record.  At the time the Motion was filed, the Debtors' cases were being jointly administered with the lead case being 2:24-bk-16757-VZ (see docket #18).

The Court considered the Motion, the Declaration of Salvatore Anthony DiMaria in Support of Debtors' Motion for Order Substantively Consolidating the Debtors' Estates [Dkt. No. 239], the Notice of Non Opposition by Creditor O&S Cattle Company to Debtors' Motion for Order Consolidating the Debtors' Estates [Dkt. No. 278], the Limited Objection of Producers Livestock Marketing Association to Debtors' Motion for Order Consolidating the Debtors' Estates [Dkt. No. 282], Charles Pedregon's Statement in Support of Debtors' Motion for Order Consolidating the Debtors' Estates [Dkt. No. 283], and Debtors' Reply to Limited Objection  of Producers Livestock Market, and the arguments of counsel at the hearing.  Based on the findings and conclusions made at the hearing, **IT IS ORDERED**:

1. The Motion is granted.

2. The cases of (1) Manning Land Company LLC, a California limited liability company, Case No. 2:24-bk-16757-VZ, (2) Manning's Beef, LLC, a California limited liability company, Case No. 2:24-bk-16758-VZ, (3) ADD Enterprises, Inc., a Delaware corporation, Case

---

[1] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

No. 2:24-bk-16759-VZ, (4) Charlie DiMaria & Son Inc., a California corporation, Case No. 2:24-bk-16760-VZ, (5) RNCK, Inc., a New York Corporation, Case No 2:24-bk-16761-VZ, and (6) Salvatore Anthony DiMaria, Case No. 2:24-bk-16762-VZ are substantively consolidated with the main case (Manning Land Company LLC, Case No. 2:24-bk-16757-VZ) **for the purpose of combining assets and liabilities of all debtors. No changes are made to the entity structure or other ownership interest of any debtor**.

3. The substantive consolidation of these cases does not impact any determination on non-dischargeability of debt as to Salvatore Anthony DiMaria.

4. **The joint administration flag on each case docket will now be updated to indicate substantively consolidated. The lead case remains the lead case for docketing purposes**.

5. **Objections to claims must be filed in the lead case. However, a notice of objection to claim must also be filed on the case docket in which the proof of claim was filed. Any order on objection to claim must be lodged in the lead case docket, with a subsequent notice of ruling filed on the case docket in which the proof of claim was filed**.

### ###

Date: June 2, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge